```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
STRIKE 3 HOLDINGS, LLC,                          :
:
                           Plaintiff,    :   1:22-cv-4725-GHW
:
         -against-                             :   <u>ORDER</u>
:
JOHN DOE subscriber assigned IP address          :
69.206.163.204,                                  :
:
                          Defendant.    :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      Application granted. Plaintiff's request for leave to file a motion seeking leave to serve a third-party subpoena pursuant to Rule 26(d)(1) is granted. Plaintiff's motion is due no later than July 8, 2022. The initial pretrial conference scheduled for September 21, 2022 is adjourned *sine die*.

      SO ORDERED.

Dated: June 17, 2022
New York, New York
                                                GREGORY H. WOODS
                                           United States District Judge